# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Herman Kale, Jr.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                               3:10cv641

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2011 Order.

                                              Signed: March 16, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court